Our next case for argument this morning is Iqbal v. United States I'm Christopher Wall on behalf of Appellant Samina Iqbal The matter the court hears now is an appeal taken from the denial of the district court's uh, denial by the district court of Olivia Erivo-Coromnovus grounded in a Brady violation pursuant to the discovery of exculpatory evidence after the time of trial which the government received and had a duty to preserve and disclosed to Ms. Iqbal and failed to provide to her in response to discovery requests The district court fundamentally erred by basing its ruling on two grounds One, that the evidence was not material and two, that no proof was made that the evidence in question was in the possession of the government at the time of the discovery requests The plain fact of the matter is that the Ninth Circuit has already decided the question of materiality in another appellate proceeding arising from this matter and the district court simply chose to ignore that The doctrine of law of the case is controlling and required a finding of materiality and the arguments presented to this court must cause you to recognize the district court's fundamental errors of law in relying upon the incorrect legal standards both for determining materiality and for determining whether or not the evidence in question should have been deemed to be in the possession of the government at the time discovery requests for it were made Back to the law of the case argument, which could be dispositive in favor if that turns out to be the case but will you point me to where in the Ninth Circuit disposition you believe languages that would serve as the law of the case? The Ninth Circuit's previous ruling? Yes The Ninth Circuit states in a prior decision that the relevant issue was the identity of the debarred individual in USVLE at 27 Federal Appendix 728 at page 7 of my opening brief at lines 8 through 10 cited there My question then is, I read that and I don't see a ruling on materiality Maybe we're talking across each other in terms of language but I hear what you're saying and I read that but I don't read materiality determination I read the language of the relevant issue as being a determination of materiality The court, the Ninth Circuit, was specifically trying to decide was specifically referring to other evidence after discovered evidence and making the distinction that that prior evidence was not that prior evidence was not material or relevant because it did not go to the issue of the identity of the debarred individual that was employed That's fine. I'm stuck in the same place The way I see it is that the court may have said that the issue was relevant but that's a very different thing than saying that a piece of evidence is material because there are many ways of skinning a fish or a cat I can have a document or I can testify or an expert can say it there are lots of different ways of skinning a cat so whether or not the issue is relevant It's always said that the relevant issue was the identity It's always said when you say that a piece of evidence was material I agree. I agree with that very clearly and the letter, the exculpatory after-discovered letter which is the subject of district of error, quorum nobis was a letter which directly disclosed the identity which directly disclosed to the government the unity of identity between Mirza Ali and Zulfiqar Ekbal that they were one and the same person So it's a piece of evidence that goes to a relevant issue not only a piece of evidence that goes to a relevant issue because it's all material for any purpose Do you agree with that? Yes, I believe so Do you have evidence that, in a different case, the prosecutor didn't turn over you might want to have, it might be interesting, it might be relevant but it might not be material and therefore there wouldn't be any violations in this case I don't know that I would find a difference in the a difference in relevancy versus materiality That's what you're really heading to is that your view, the standard in which relevancy was determined is coextensive with materiality Yes, I would argue that relevancy and materiality are coextensive They're often used interchangeably A letter that directly discloses the identity the unity of identity between a debarred individual who is now using a different name to the government stating that he is one and the same person and that he is a debarred individual goes directly to the issue of the identity It's material to a determination of the issue of the identity of the debarred individual Let's say we don't agree with you that relevance and materiality are the same and you've got another debarred individual Well, I would still argue, I still argue, in regards to the law of the case I believe that the United Circuit previously determined that issue I just want to point one thing out In courtrooms all over, people aren't always jumping up and saying irrelevant or objectionable, relevant, irrelevant But when you go actually to the evidentiary and looking at the rules of evidence on how is relevance defined that means evidence having any tendency to make the existence of that fact that is a consequence to the determination of the action more probable or less probable than it would be without the evidence And it just seems to me that materiality as has been defined by the Supreme Court by the United Circuit is something higher than relevance Arguably, and that is the distinction that is how Judge Wilkin attempts to avoid the doctrine of law of the case She doesn't mention the doctrine of law of the case in her ruling but she tries to avoid your previous authority that this is the relevant issue and this piece of evidence falls into that category Counsel? I'm sorry, Your Honor I'm having a little problem with why this letter was exculpatory The issue before the indictment charges a conspiracy to deceive the government to deceive the government as to the identity of an individual who was debarred from contracting a vast and ongoing, over four and one-third years, conspiracy to pretend that this individual was somebody other than whom he was The letter in question specifically states that he is one and the same person as the debarred individual and that he is debarred It defies common sense almost, defies reason to suggest that that does not go to the heart of the issue The District Court attempted to distinguish between the two standards the standard of materiality under Brady and at trial and there may be some slight difference and that is how the court attempted to avoid your previous authority that the law of the case did not apply The letter so squarely addresses the direct issue that regardless it achieves the standard of materiality it achieves the standard of materiality regardless of law of the case it achieves the standard of materiality required under Brady which Circuit Judge Fletcher emphasized in Jernigan 2 in your Jernigan 2 decision in which you stated that a defendant may citing Bagley, the Supreme Court in Bagley that a defendant must show only that the government's evidentiary suppression undermines confidence in the outcome of the trial The trial judge and the judge in, Judge Wilkin in the Ritvera quorum nobis focused on the probability of a different verdict this evidence goes to not only aside from directly attacking the issue it also undermines confidence in the veracity of government witnesses testifying otherwise and directly addresses the central issue which is what this determination was This is the issue of Can I save some time for rebuttal? Yes Thank you Good morning May it please the court, I'm Amber Rosen from the United States In this case defendants asked for a new trial almost 10 years after her conviction based on a letter that her co-defendant husband wrote and which was found in the possession of a lawyer that she and her husband to whom she and her husband provided it She's now claiming of course that the government suppressed this evidence and violated her due process rights but she knew the substance of the letter at the time of trial she attempted to admit somewhat similar evidence at her trial which was excluded for relevancy and which was upheld by this court but because the letter was neither suppressed nor was its exclusion from her trial prejudicial her appeal should be denied Although I'm happy and will talk about the law of the case the claim the defendant makes and about whether the letter is even exculpatory I wanted to back up and just explain to this court why the government didn't suppress this letter in the first place Under this court's decision in and I'm afraid I don't know how to pronounce it correctly Dupuy When the defendant has the information contained in any claim Brady evidence there is no suppression by the government and that was the case here It was the defendants themselves who wrote the very letter that they claimed the government suppressed Now defendant claims that this argument by the government is patently ridiculous and yet his own exhibits that he attached to his declaration and his own declaration or her own declaration I'm sorry, the declaration of her husband show that they did know the substance of the evidence in the letter For example Yes Say they had written the letter but they retained no copies of it but the government had a copy of it and still retained it Surely you wouldn't say the government has no obligation to produce that circumstance No, your honor They asked for the letter in discovery and the government undertook several diligent searches to find it but the point is that in this particular case The fact that they wrote it isn't dispositive The fact that they wrote it themselves is not necessarily dispositive but it goes to the point that  then the fact that the government does not provide the information In this case the government Excuse me Well I think that there's two points that I would make about that The first is Let me answer the question first Let's just go back to the basic principle on Brady and that is if the government has exculpatory information in its files then it has an obligation to turn that over, correct? If the government has exculpatory information in its files it has an obligation to turn it over That's correct But it does not depend I'm sorry It doesn't depend on whether somebody else also has the information It's one of the few sort of bedrock principles in the criminal law area Well I think that the point of these cases that the Ninth Circuit has held is there's not going to be a due process violation ultimately from the trial where the evidence wasn't put in where the government I'm sorry, where the defendant had access and the ability to get this information on their own That goes to fairness See what I don't like is the government coming in and all of a sudden abdicating Brady It's one thing to come in and say there's a Brady obligation and as you apparently argued here we did try to look for this I mean the Department of Energy should be replaced but we did look, we made the assessment and we didn't find it so now then that puts us into a different situation but where you started it seemed to me took you right into collision with Brady I'm having some trouble understanding what it is the United States wants what is the United States I don't have a problem abandoning that and to the extent I mean I think the bigger point is the defense asked for it the government did in good faith undertake diligent searches and wasn't able to find it I agree that that's a major point and that goes to what the district court found that the government wasn't in possession of this letter at the time of trial Did the district court really find that though? I had a hard time parsing on the suppression issue I agree we're on terra firma here now where we may not have been before but did the district court really ever find that that that that that that the letter wasn't in the Department of Energy's files I mean if it had that would have that would have really we could have gone off on suppression yes I believe the court specifically found that let's see make sure I have the right document here I read it taketh and giveth away it said the government has no duty to turn over what it doesn't possess and the movements hadn't given any evidence that it was in the government's possession yes I would I mean I would take that to be the court's finding that it was not in the government's possession and therefore there was no duty to turn it over I mean that's how I read that I think that was a finding by the district court in any event the government it wasn't it said the government absolutely the government did make several diligent searches within both the U.S. Attorney's files and the DOE's files to try to find this letter and it never did in any event even putting the suppression issue aside although I think it is significant in this case and the defendant has an obligation to prove that the document was in the government's possession as I understand it that's your position at any rate yes I mean no and there's certainly I mean the courts have also held that you know there's no duty to preserve unless something is destroyed in bad faith the inability to produce it does not constitute a Brady violation there was certainly no evidence whatsoever that the reason the government didn't have it was for any reasons due to bad faith even putting the suppression issue aside there was no prejudice from the lack of the letter at the trial one thing that's not in the brief and I apologize for not being in the brief was the government had made the point that because the defendants knew about the contents of the letter they could have put on evidence of it but in fact the record shows that the defendants in fact tried to put on some evidence demonstrating that the Department of Energy knew about the debarment and it was excluded and this is in the trial record volume 6 pages 879 to 917 which if the court would like I could after the fact provide this excerpt but the defendant wanted to put on evidence showing that the debarment of her husband Ali was known to the government including the DOE and was even part of the negotiations concerning DOE's novation of the contract to Semina Inc. and she claimed that this would undermine the government's theory that she had lied to other government agencies about the debarment and its theory that she and her husband had changed names to try to hide the debarment and after a hearing on this in the middle of the trial the district court ruled the evidence was inadmissible finding that it wouldn't matter that other government agencies like DOE knew that Ali was debarred for two reasons one because of the extent that he used different names it wouldn't tell them anything and secondly that even if the other agencies knew that these other names were Ali they still wouldn't know that he was a debarred principal and the lies at issue were that he was a debarred principal so the district court kept it out the defendant appealed the exclusion of that specific evidence and this court upheld the exclusion so although the precise letter at issue now was not the basis of the appeal it was similar evidence intended to establish basically the same facts so to a large extent this issue has already been resolved by the courts in the government's favor moreover as Judge Fletcher hinted at the DOE's knowledge of the defendant's debarment and who he was is really not relevant to the other agencies' knowledge the defendant was charged with lying to the Navy the Army, the Air Force and the Small Business Association but not with lying to DOE and DOE's knowledge as this court has held can't be imputed from one government agency to another unless there's some evidence that they told one another and there was no evidence like that in this case and that really is just a long way of saying that the district court found it wasn't material, correct? well I think your honor was right before in that there is a difference between relevancy and materiality for it to be material, which would have to be in this case it would have to reasonably or probably affect the outcome of the trial and it's certainly not material to that extent and that's what the district court found, did it not? in this particular case, yes because they were deciding whether it was a grade evaluation so the DOE letter, or the district court was on whether it was material and said the Novation letter is not material in that law or Iqbal's conviction exactly and that's so not only because DOE's knowledge would not have negated the knowledge the jury found that defendant knowingly lied to these other government agencies but also it was somewhat cumulative at trial, the defendant put in some evidence although not all that he wanted of DOE's knowledge and in fact argued it and in rebuttal the government specifically addressed that argument and said, even if this information was known in the Department of Energy the defense is asking you to buy the argument that because this little component of the government knew it then TRADOC and the Army had to know it then the Navy had to know it, GSA had to know it and SVA had to know it and the Air Force had to know it that's the nature of their argument that's what the prosecutor argued and obviously the jury did not buy that moreover, at trial the government also put in evidence or I don't know if it was the government but there was also evidence at trial that the Air Force one of the agencies the defendants were charged with lying to knew the unity of identity between Iqbal the husband Iqbal as one name and Ali as the other and the defense strenuously argued that the fact that the Air Force knew meant that the defendants were not trying to defraud the Air Force and he argued to the jury, the defense attorney there are actual documents and evidence I'm sorry, oh I'm sorry thank you if I may very briefly with regard to the issue of suppression the district court correctly found the evidence, the letter was deemed to be in the possession of of the recipient agency the Department of Energy thereupon a duty to preserve exists pursuant to case law that's in Washington law the district court for some reason simply ignored that they did find that it was in the possession imputation to other as counsel has argued and I've argued this in the brief imputation to other government agencies the court again fundamentally errs and relies U.S. v. Bryant by relying on the wrong standard of law the government has a duty to investigate all agencies who may have been involved in the subject dispute to determine what is in their possession the evidence was deemed to be in the Department of Energy's possession the government had a duty all agencies with whom the government with whom the defendants were contracting to find relevant evidence or potentially material or relevant evidence and disclose that to defend it they did not do that, they did not disclose it the evidence was discovered solely as a result of a former attorney contacting the client and saying here's your file here's a copy of the letter as counsel has stated they were dealing with six different agencies they were contracting with six or seven different agencies and had six or seven different lawyers including myself at the time how they would know every particular letter they had ever sent to one particular procurement agency the district court directly found that it was more than possible that they might not have been aware that that particular letter was out there floating around somewhere in somebody's file I appreciate your argument and I thank counsel for your argument this morning the case of Iqbal v. United States is submitted
judges: Fletcher, McKeown, Gorsuch